Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425,
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

(Additional counsel on signature page)

*Attorneys for Plaintiffs Mary P. Swearingen and Robert Figy*

Amanda L. Groves (SBN: 187216)
agroves@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

*Attorneys for Defendant*
PACIFIC FOODS OF OREGON, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PACIFIC FOODS OF OREGON, INC.,<br><br>　　　　　Defendant. | **Case No. 3:13-cv-04157-JSW**<br><br>**JOINT STIPULATION and [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED<br><br>Conference Date: January 3, 2014<br>Time: 1:30 p.m.<br>Judge: Hon. Jeffrey S. White<br>Complaint Filed: September 9, 2013 |

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 3:13-cv-04157-JSW

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1  The parties, Mary P. Swearingen and Robert Figy ("Plaintiffs") and Pacific Foods of Oregon, Inc. ("Defendant"), submit this Joint Stipulation and Proposed Order to continue the Case Management Conference currently scheduled in this action for January 3, 2014, at 1:30 p.m., to March 7, 2014, the date when the Court is currently scheduled to conduct its hearing on Defendant's pending Motion to Dismiss.

Defendant filed its Motion to Dismiss on November 22, 2013. By stipulation of the parties, and Order of the Court, Plaintiffs' response to the Motion is due on January 10, 2014, and Defendant's reply is due on February 10, 2014. The Motion is scheduled for hearing on March 7, 2014. (Nov. 27, 2013 Order, Docket No. 17.)

Given the stage of the proceedings, and in the interest of judicial efficiency, the parties desire to continue the Case Management Conference to ~~March 7, 2014, such that the Court may conduct the conference and motion hearing concurrently~~ March 28, 2014 at 1:30 p.m.. The parties further agree that no subsequent deadlines in the case will be impacted by the request for continuance, and neither side will be prejudiced by any such continuance.

Under Local Rules 7-11 and 7-12, and subject to the Court's approval, the parties stipulate as follows:

The Court will conduct the Case Management Conference on ~~March 7, 2014 at 9:00 a.m.~~ March 28, 2014 at 1:30p.m. The joint case management statement shall be due on or before ~~February 28, 2014.~~ March 21, 2014.

DATED: December 26, 2013

By: /s/ *Pierce Gore*
Pierce Gore
PRATT & ASSOCIATES

Shannon M. McNulty
CLIFFORD LAW OFFICES
120 North LaSalle Street
Chicago, IL 60602
(312) 899-9090
smm@cliffordlaw.com

*Attorneys for Plaintiffs*

1
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 3:13-cv-04157-JSW

By: <u>*/s/ Amanda Groves*</u>
Amanda L. Groves
WINSTON & STRAWN LLP
*Attorney for Defendant*
PACIFIC FOODS OF OREGON, INC.

### [PROPOSED] ORDER

Good cause appearing therefor, **IT IS SO ORDERED.**

Dated: <u>December 30</u>, 2013

_____
Hon. Jeffrey S. White
United States District Judge

**L.R. 5-1(i)(3) ECF Attestation**

I, Amanda Groves, am the ECF user whose ID and password are being used to file the following: JOINT STIPULATION and [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE. In compliance with L.R. 5-1(i)(3), I hereby attest that Pierce Gore has concurred in this filing.

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 3:13-cv-04157-JSW