1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SADISHA PERERA, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC FOODS OF OREGON, INC. (also d/b/a Pacific Natural Foods), and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 14-cv-02074 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge James Donato to determine whether it is related to *Swearingen et al. v. Pacific Foods of Oregon, Inc.*, No. 13-cv-04157 JD.

IT IS SO ORDERED.

Date: May 12, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-02074 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES