UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SWEARINGEN, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC FOODS OF OREGON, INC.,<br><br>    Defendant. | **Related Cases**<br>Case No. 13-cv-04157-JD<br>Case No. 14-cv-02074-JD<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR RESPONSIVE PLEADINGS**<br><br>Re: Dkt. No. 25 (14-2074) |
| SADISHA PERERA,<br><br>    Plaintiffs,<br><br>v.<br><br>PACIFIC FOODS OF OREGON, INC.,<br><br>    Defendant. | |

On May 30, 2014, the Court related these cases. *See* Case No. 13-cv-04157, Dkt. No. 39; Case No. 14-cv-02074, Dkt. No. 22. On June 9, 2014, the parties in the *Perera* case filed a joint stipulation to extend the time within which to answer or otherwise respond to the Complaint. *See* Dkt. No. 25. In order to consider these matters as efficiently as possible, the Court orders:

- Defendant Pacific Foods of Oregon, Inc.'s ("Pacific") responsive pleading will be filed by June 20, 2014.
- Plaintiff Perera's opposition will be filed by July 7, 2014.
- Pacific's reply brief will be filed by July 14, 2014.

- A hearing on Pacific's motions to dismiss both the *Swearingen* and *Perera* cases will be held on July 30, 2014.

**IT IS SO ORDERED.**

Dated: June 12, 2014

_____
JAMES DONATO
United States District Judge