Amanda L. Groves (SBN: 187216)
agroves@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

*Attorneys for Defendant*
PACIFIC FOODS OF OREGON, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC FOODS OF OREGON, INC.,<br><br>Defendant. | Case No. 3:13-cv-04157-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULES 6-1(B) AND 6-2**<br><br>Judge: Hon. James Donato<br><br>Original Complaint Filed: Sept. 9, 2013 |

WHEREAS, this Court recently lifted a stay of this case (Dkt. No. 60) and the related case of *Perera v. Pacific Foods of Oregon* (Case No. 3:14-cv-02074-JD) ("*Perera*");

WHEREAS, the *Swearingen* Plaintiffs filed an amended complaint during the pendency of the stay (Dkt. No. 47);

WHEREAS, the Court ordered that Defendant Pacific Foods of Oregon, Inc. ("Pacific Foods") respond to the *Swearingen* Plaintiffs' amended complaint on or before January 27, 2016 (Dkt. No. 60);

WHEREAS, Ms. Perera has until January 27, 2016 to file an amended complaint in the related *Perera* case (*Perera* Dkt. No. 53), triggering an anticipated deadline of February 16, 2016 for Pacific

Foods' answer or responsive pleading in that case;

WHEREAS, Rule 6-1(b) and 6-2 of the Civil Local Rules of the United States District Court for the Northern District of California provides that the parties may stipulate to extend the time within which to answer or otherwise to respond to the Complaint;

WHEREAS, in the interest of judicial efficiency, including the Court's consideration of any motions to dismiss in the related cases, the parties have agreed to extend the deadline for Pacific Foods' answer or responsive pleading in the instant *Swearingen* case by 20 days, to February 16, 2016, in coordination with the anticipated deadline in *Perera*;

WHEREAS, the parties previously submitted a stipulation extending the deadline to respond to Plaintiffs' initial complaint (Dkt. No. 14), but this is the first request regarding Plaintiffs' amended complaint since the lifting of the stay;

WHEREAS, no other deadlines in the case would change as a result of this extension of time;

THEREFORE, the parties respectfully request, and so stipulate and agree, for the Court to order that the time for Pacific Foods to answer, move, or otherwise to respond to the amended complaint (Dkt. No. 47) is extended to and includes February 16, 2016.

IT IS SO STIPULATED AND AGREED.


Respectfully submitted,

DATED:     January 15, 2016         BY:    /s/ Amanda L. Groves
                                           Amanda L. Groves (SBN: 187216)
                                           agroves@winston.com
                                           Sean D. Meenan (SBN: 260466)
                                           smeenan@winston.com
                                           WINSTON & STRAWN LLP
                                           101 California Street
                                           San Francisco, CA 94111-5802
                                           415.591.1000
                                           415.591.1400 Facsimile

                                           *Attorneys for Defendant Pacific Foods of Oregon, Inc.*

1   DATED:        January 15, 2016            Respectfully Submitted,

                                        BY:   /s/ Ben F. Pierce Gore
                                              Ben F. Pierce Gore
                                              pgore@prattattorneys.com
                                              PRATT & ASSOCIATES
                                              1901 S. Bascom Avenue, Suite 350
                                              Campbell, CA 95008
                                              408.429.6506
                                              408.369.0752 Facsimile

                                              Shannon M. McNulty
                                              smm@cliffordlaw.com
                                              CLIFFORD LAW OFFICES, P.C.
                                              120 N. LaSalle Street, 31st Floor
                                              Chicago, IL 60602
                                              312.899.9090
                                              312.251.1160 Facsimile

                                              *Attorneys for Plaintiffs*
                                              *Mary P. Swearingen and Robert Figy*

## L.R. 5-1(i)(3) ECF ATTESTATION

I, Amanda L. Groves, am the ECF user whose ID and password are being used to file the following STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT.  In compliance with L.R. 5-1(i)(3), I hereby attest that I have obtained concurrence regarding the filing of this document from the signatories to this document.

DATED:      January 15, 2016           BY:   Amanda L. Groves
                                             Amanda L. Groves (SBN: 187216)
                                             agroves@winston.com
                                             WINSTON & STRAWN, LLP
                                             101 California Street
                                             San Francisco, CA 94111-5802
                                             415.591.1000
                                             415.591.1400 Facsimile

                                             *Attorney for Defendant Pacific Foods of Oregon, Inc.*

**[PROPOSED] ORDER**

After reviewing the papers submitted, and for good cause showing, **IT IS HEREBY ORDERED** that the time for Pacific Foods to answer, move, or otherwise to respond to the amended complaint (Dkt. No. 47) is extended to and includes February 16, 2016.

IT IS SO ORDERED.

Dated:_____    _____
                                        The Honorable James Donato
                                        United States District Court Judge

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

1
STIPULATION AND [PROPOSED] ORDER REGARDING
EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 3:13-CV-04157-JD